UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIV GUPTA,

Plaintiff,

v.

USCIS, et al.,

Defendants.

Case No. 26-cv-04329-RS

**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE, WITHOUT PREJUDICE**

In this immigration mandamus case, plaintiff filed a motion for an order to show cause. Under General Order 61, an order has issued setting out the briefing schedule under which the merits of plaintiff's claims are to be addressed. Accordingly, plaintiff's motion for an order to show cause is denied, without prejudice to plaintiff's right to present any of the same arguments under the existing briefing schedule.

**IT IS SO ORDERED**.

Dated: July 28, 2026

RICHARD SEEBORG
United States District Judge