United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIV GUPTA,

Plaintiff,

v.

USCIS, et al.,

Defendants.

Case No. 26-cv-04329-RS

**ORDER GRANTING MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), defendants' motion to dismiss is suitable for disposition without oral argument, and the hearing set for September 3, 2026, is vacated. Plaintiff Shiv Gupta brought this action pursuant to the Mandamus Act and the Administrative Procedure Act seeking to compel defendants United States Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-821D, request for renewal of Deferred Action for Childhood Arrivals, and his associated Form I-765, Application for Employment Authorization. USCIS asserts it has now approved Gupta's Form I-821D, deferring action. The deferral is valid until May 18, 2028. USCIS also approved Gupta's I-765, and prepared an Employment Authorization Card. USCIS therefore moves to dismiss, contending this action is moot.

Gupta acknowledges the action is moot, and does not oppose dismissal.[1] Gupta insists the

[1] Gupta discusses the "capable of repetition yet evading review" exception to mootness that allows a court to decline to dismiss an otherwise moot action in some circumstances. *See Dep't of Fish & Game v. Fed. Subsistence Bd.*, 62 F.4th 1177, 1181 (9th Cir. 2023) Gupta does

dismissal must be without prejudice, however, given the possibility that USCIS will unduly delay action on a subsequent application. Dismissal with prejudice of the claims asserted in this case, however, would not bar Gupta from filing a new action based on events that may occur in the future. Nevertheless, dismissal will be granted without prejudice.

Gupta also argues his experience in this matter suggests there may be systemic issues with how USCIS is processing applications like his. Even if that is so, it is not a problem that can be addressed through the vehicle of this case, and Gupta does not contend otherwise. The motion to dismiss is granted. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 6, 2026

RICHARD SEEBORG
United States District Judge

---

not suggest there is any basis to continue the current litigation under that exception, however.